UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NICHOLSON,<br><br>                 Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                 Respondents. | Case No. 3:16-cv-00486-MMD-WGC<br><br>ORDER |

      Petitioner's unopposed motion to extend time (ECF No. 31) is granted. Petitioner will have until August 27, 2018, within which to either respond to the Court's Order of May 22, 2018, directing Petitioner to make an election with respect to his unexhausted claims (ECF No. 22) or to seek other appropriate relief, including leave to file an amended petition.

      DATED THIS 21st day of August 2018.

*/s/ Miranda M. Du*
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE