UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD NICHOLSON,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:16-cv-00486-MMD-WGC

ORDER

Petitioner's unopposed motion for extension of time (ECF No. 36) is granted. Petitioner will have until March 5, 2019, to file a counseled amended petition for writ of habeas corpus in this case. Further extensions of time, however, are not likely to be granted.

DATED THIS 7th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE