# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NICHOLSON,<br><br>    Petitioner,<br>v.<br>RENEE BAKER, et al.,<br><br>    Respondents. | Case No. 3:16-cv-00486-MMD-WGC<br><br>ORDER |

This counseled habeas petition comes before the Court on Petitioner's motion for leave to file Exhibits 4 and 5 under seal (ECF No. 40). Exhibit 4 consists of Petitioner's medical records and Exhibit 5 is his presentence investigation report, both of which contain confidential information. In accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that a compelling need to protect the privacy and/or personal identifying information of Petitioner in the sealed exhibits outweighs the public interest in open access to court records. The motion for leave to file Exhibits 4 and 5 under seal (ECF No. 40) is therefore granted, and Exhibits 4 and 5 are considered properly filed under seal.

DATED THIS 5th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE