UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD NICHOLSON, | Case No. 3:16-cv-00486-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents' motion for enlargement of time (ECF No. 43) is granted. Respondents will have until May 28, 2019, to file a response to the amended petition for writ of habeas corpus in this case.

DATED THIS 3rd day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE