# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NICHOLSON,<br><br>                  Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:16-cv-00486-MMD-WGC<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 46) is granted. Petitioner will have until August 10, 2019, to file an opposition to Respondents' motion to dismiss.

DATED THIS 12th day of June 2019.

                                                       MIRANDA M. DU<br>
                                                       UNITED STATES DISTRICT JUDGE