# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NICHOLSON, | Case No. 3:16-cv-00486-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner's second unopposed Motion to Extend Time to File Response (ECF No. 49) is granted. Petitioner will have until August 23, 2019, to oppose Respondents' Motion to Dismiss (ECF No. 45).

DATED THIS 9th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE