# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD NICHOLSON,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00486-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 52) is granted. Respondents have until September 13, 2019, to file a reply in support of the Motion to Dismiss (ECF No. 45).

DATED THIS 28th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE