UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD NICHOLSON,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:16-cv-00486-MMD-WGC<br><br>ORDER |

　　In this habeas corpus action, Petitioner Richard Nicholson filed an unopposed motion to extend time (first request) for filing his opposition to Respondents' motion to dismiss. (ECF No. 66 ("Motion").) Nicholson's counsel states that the extension is necessary due to her schedule and commitment to other cases. (*Id*. at 2-3.) The Court finds that Nicholson's Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

　　It is therefore ordered that Nicholson's unopposed motion for enlargement of time (first request) (ECF No. 66) is granted. Nicholson will have until November 1, 2021, to oppose Respondents' Motion to Dismiss. (ECF No. 64.)

　　DATED THIS 15th Day of October 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE