UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD NICHOLSON, | Case No. 3:16-cv-00486-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their answer to the remaining claims in the Third Amended Petition for Writ of Habeas Corpus. (ECF No. 80.) The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 80) is granted. Respondents will have until and including August 22, 2022, to file their answer.

DATED THIS 30th Day of June 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE