UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD NICHOLSON, | Case No. 3:16-cv-00486-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner Richard Nicholson filed an unopposed motion to extend time to file reply in support of amended petition (first request) (ECF No. 86 ("Motion")). The Court finds that the request is made in good faith and not solely for the purpose of delay. Thus, good cause exists to grant the Motion.

It is therefore ordered that Nicholson's unopposed motion (ECF No. 86) is granted. Nicholson will have until and including November 18, 2022, to file a reply in support of the third amended petition.

DATED THIS 15th Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE