UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

RICHARD NICHOLSON,

                  Petitioner,

    v.

RENEE BAKER, *et al.*,

                Respondents.

Case No. 3:16-cv-00486-MMD-CSD

ORDER

Petitioner Richard Nicholson filed an unopposed motion to extend time to file a reply in support of his third amended petition (second request) (ECF No. 88 ("Motion")). The Court finds that the request is made in good faith and not solely for the purpose of delay. Thus, good cause exists to grant the Motion.

It is therefore ordered that Nicholson's motion to extend time (ECF No. 88) is granted. Nicholson will have until December 19, 2022, to file a reply in support of the Third Amended Petition.

DATED THIS 21st Day of November 2022.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE